NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WALTER SCOTT FUNDERBURK,                )
DOC #583380,                            )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-4125
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
_____     )

Opinion filed June 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Charles Sniffen, Judge.

Walter Scott Funderburk, pro se.


PER CURIAM.

          Affirmed.


CASANUEVA, BLACK, and SALARIO, JJ., Concur.